

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE EDWARD ANDREWS GROUP INC.,

        Plaintiff,                                 Case No. 07 CIV 4607

        -against-                             AFFIDAVIT OF SERVICE

ADDRESSING SERVICES COMPANY, INC.,

        Defendant.
----------------------------------------------------------X
STATE OF CONNECTICUT  )
        S.S.:
COUNTY OF HARTFORD    )

        MICHELE VONEISENGREIN, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 5th day of June, 2007, at approximately the time of 4:21 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; RULE 7.1 STATEMENT; AND CIVIL COVER SHEET upon ADDRESSING SERVICES COMPANY, INC. at 225 Episcopal Road, Berlin, CT, by personally delivering and leaving the same with CASSIE YAISER who informed deponent that she holds the position of Secretary with that company and is authorized by appointment to receive service at that address.

        CASSIE YAISER is a white female, approximately 40 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 200 pounds with brown hair wearing glasses.

_____
MICHELE VONEISENGREIN

Sworn to before me this 14
day of June, 2007

_____
NOTARY PUBLIC  7/31/08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com