Eric B. Fisher (EF-1209)
Morgenstern Jacobs & Blue, LLC
885 Third Avenue
New York, New York 10022
Tel.  212.750.6776
Fax  646.349.2816
Email:  efisher@mjbllc.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE EDWARD ANDREWS GROUP INC.,

                Plaintiff,

- against -

ADDRESSING SERVICES COMPANY, INC.,

                Defendant.

07 Civ. 4607 (LTS)

**STIPULATION EXTENDING TIME TO ANSWER**

    The parties stipulate that defendant ADDRESSING SERVICES COMPANY, INC. shall have up to and including July 13, 2007, to move, answer or otherwise plead in response to the complaint in this action.  Defendant does not contest that the complaint was properly served.  No prior extensions have been granted.

Dated: New York, New York
       June 18, 2007

| ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. | MORGENSTERN JACOBS & BLUE, LLC |
|---|---|
| By: /s/ David C. Burger | By: /s/ Eric B. Fisher |
| David C. Burger | Eric B. Fisher |
| 1345 Avenue of the Americas | 885 Third Avenue |
| New York, New York 10105 | New York, New York 10022 |
| (212) 603-6300 | (212) 750-6776 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

_____
U.S.D.J.