Eric B. Fisher (EF-1209)
Morgenstern Jacobs & Blue, LLC
885 Third Avenue
New York, New York 10022
Tel. 212.750.6776
Fax 646.349.2816
Email: efisher@mjbllc.com
*Attorneys for Defendant*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE EDWARD ANDREWS GROUP INC.,

    Plaintiff,

- against -

ADDRESSING SERVICES COMPANY, INC.,

    Defendant.

07 Civ. 4607 (LTS)

**STIPULATION EXTENDING TIME TO ANSWER**

The parties stipulate that defendant ADDRESSING SERVICES COMPANY, INC. shall have up to and including July 13, 2007, to move, answer or otherwise plead in response to the complaint in this action. Defendant does not contest that the complaint was properly served. No prior extensions have been granted.

Dated: New York, New York
       June 18, 2007

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

MORGENSTERN JACOBS & BLUE, LLC

By: /s/ David C. Burger
    David C. Burger
    1345 Avenue of the Americas
    New York, New York 10105
    (212) 603-6300
    *Attorneys for Plaintiff*

By: /s/ Eric B. Fisher
    Eric B. Fisher
    885 Third Avenue
    New York, New York 10022
    (212) 750-6776
    *Attorneys for Defendant*

SO ORDERED:

_____ 6/19/2007
U.S.D.J.