Eric B. Fisher, Esq.
MORGENSTERN JACOBS & BLUE, LLC
885 Third Avenue
New York, New York 10022
Telephone: (212) 750-6776
Facsimile: (646) 349-2816
Email: efisher@mjbllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
THE EDWARDS ANDREWS GROUP, INC.,

            Plaintiff,                07 Civ. 4607 (LTS)
                                                *ECF Case*

   -against-

                                            **NOTICE OF MOTION**

ADDRESSING SERVICES COMPANY, INC.

            Defendant.

-------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated July 13, 2007, and the Declaration of Eric B. Fisher, executed on July 13, 2007, defendant Addressing Services Company, Inc. will move this Court before the Honorable Laura T. Swain, United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 17C, New York, New York 10007, at a place and time to be set by the Court for an Order dismissing plaintiff's claim for unjust enrichment, and for such other and further relief as this Court deems just and proper.

      Responsive papers, if any, must be served upon Morgenstern Jacobs & Blue, LLC, 885 Third Avenue, New York, New York 10022, in accordance with Local Rule 6.1 and the Individual Practices of Judge Laura Taylor Swain.

Dated: New York, New York
July 13, 2007

MORGENSTERN JACOBS & BLUE, LLC

By: /s/ Eric B. Fisher
Eric B. Fisher (EF-1209)
885 Third Avenue
New York, New York 10022
Telephone: (212) 750-6776
Direct Facsimile: (646) 349-2816
efisher@mjbllc.com

*Attorneys for Defendant*

TO: David C. Burger. Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300
*Attorneys for Plaintiff*