UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE EDWARDS ANDREWS GROUP, INC.,

                Plaintiff,                07 Civ. 4607 (LTS)

  -against-                          ECF Case

ADDRESSING SERVICES COMPANY, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## Declaration of Eric B. Fisher in Support of Motion to Dismiss

      ERIC B. FISHER, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

      1.      I am an attorney admitted to practice in the State of New York and before this Court. I am a member of the firm Morgenstern Jacobs & Blue, LLC, attorneys for defendant Addressing Services Company, Inc. ("ASCO").

      2.      I submit this declaration in support of ASCO's motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss plaintiff's claim for unjust enrichment.

      3.      Attached hereto as Exhibit A is a true and correct copy of the Complaint dated May 24, 2007.

Executed this 13th day of July, 2007
New York, New York

                                              /s/ Eric B. Fisher
                                              Eric B. Fisher