Eric B. Fisher, Esq.
MORGENSTERN JACOBS & BLUE, LLC
885 Third Avenue
New York, New York 10022
Telephone: (212) 750-6776
Facsimile: (646) 349-2816
Email: efisher@mjbllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE EDWARDS ANDREWS GROUP, INC.,

        Plaintiff,        07 Civ. 4607 (LTS)
                                                 *ECF Case*

  -against-

                                                 **RULE 7.1 STATEMENT**

ADDRESSING SERVICES COMPANY, INC.

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that Defendant Addressing Services Company, Inc. does not have any corporate parents, subsidiaries, or affiliates which are publicly held, nor does any publicly held corporation own 10 percent or more of its stock.

Dated: New York, New York
       July 13, 2007

                                            MORGENSTERN JACOBS & BLUE, LLC

                                By: /s/ Eric B. Fisher
                                    Eric B. Fisher (EF-1209)
                                    885 Third Avenue
                                    New York, New York 10022
                                    Telephone: (212) 750-6776
                                    Direct Facsimile: (646) 349-2816
                                    efisher@mjbllc.com

                                    *Attorneys for Defendant*