Eric B. Fisher, Esq.
MORGENSTERN JACOBS & BLUE, LLC
885 Third Avenue
New York, New York  10022
Telephone:  (212) 750-6776
Facsimile:  (646) 349-2816
Email:  efisher@mjbllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE EDWARDS ANDREWS GROUP, INC.,

               Plaintiff,                        07 Civ. 4607 (LTS)(AJP)

  -against-                                 *ECF Case*

ADDRESSING SERVICES COMPANY, INC.      **NOTICE OF MOTION**
                                                          **TO REINSTATE**
              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       PLEASE TAKE NOTICE that, upon the accompanying Declaration of Eric B. Fisher, executed on July 27, 2007, defendant Addressing Services Company, Inc. hereby seeks reinstatement of defendant's motion to dismiss plaintiff's claim for unjust enrichment.

       As set forth in the accompanying declaration, defendant certifies that it has used its best efforts to resolve informally with plaintiff the matters raised in the motion to dismiss.

2

Dated: New York, New York
July 27, 2007

               MORGENSTERN JACOBS & BLUE, LLC

               By: /s/ Eric B. Fisher
                  Eric B. Fisher (EF-1209)
                 885 Third Avenue
                 New York, New York 10022
                 Telephone: (212) 750-6776
                 Direct Facsimile: (646) 349-2816
                 efisher@mjbllc.com

               *Attorneys for Defendant*

TO: David C. Burger. Esq.
    Robinson Brog Leinwand Greene
    Genovese & Gluck P.C.
    1345 Avenue of the Americas
    New York, New York 10105
    (212) 603-6300
    *Attorneys for Plaintiff*