Eric B. Fisher, Esq.
MORGENSTERN JACOBS & BLUE, LLC
885 Third Avenue
New York, New York  10022
Telephone:  (212) 750-6776
Facsimile:  (646) 349-2816
Email:  efisher@mjbllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE EDWARDS ANDREWS GROUP, INC.,

        Plaintiff,      07 Civ. 4607 (LTS)(AJP)

  -against-           *ECF Case*
               **NOTICE OF MOTION**
ADDRESSING SERVICES COMPANY, INC. **TO REINSTATE**

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## AFFIDAVIT OF SERVICE

State of New York   )
          ) ss:
County of New York  )

 Kandra Payne, being duly sworn, deposes and says:

 1. That deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

 2. That on July 27, 2007, a true and correct copy of the Notice of Motion to Reinstate and the Declaration of Eric B. Fisher in Support of Motion to Reinstate was served upon:

  David C. Burger, Esq.
  Robinson Brog Leinwald Greene Genovese & Gluck PC
  1345 Avenue of the Americas
  New York, NY  10105

1

2

at the address designated by said party for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service.

/s/ Kandra Payne
Kandra Payne

Sworn to before me on
this 27th day of July 2007

/s/Lawrence P. Eagel
Notary Public, State of New York
No. 02EA4942061
Qualified in Westchester County
Commission Expires September 2010