

Eric B. Fisher, Esq.
MORGENSTERN JACOBS & BLUE, LLC
885 Third Avenue
New York, New York 10022
Telephone: (212) 750-6776
Facsimile: (646) 349-2816
Email: efisher@mjbllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THE EDWARDS ANDREWS GROUP, INC.,

        Plaintiff,

  -against-

ADDRESSING SERVICES COMPANY, INC.

        Defendant.

------------------------------------X

07 Civ. 4607 (LTS)(AJP)

*ECF Case*

**NOTICE OF MOTION
TO REINSTATE**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Eric B. Fisher, executed on July 27, 2007, defendant Addressing Services Company, Inc. hereby seeks reinstatement of defendant's motion to dismiss plaintiff's claim for unjust enrichment.

As set forth in the accompanying declaration, defendant certifies that it has used its best efforts to resolve informally with plaintiff the matters raised in the motion to dismiss.

*The reinstatement application is granted.*

SO ORDERED.

_____
LAURA TAYLOR SWAIN      8/24/2007
UNITED STATES DISTRICT JUDGE