```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 1 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE EDWARD ANDREWS GROUP INC.,

        Plaintiff,

  - against -

ADDRESSING SERVICES COMPANY, INC.,

        Defendant.

07 Civ. 4607 (LTS)

**REVISED SCHEDULING ORDER**

1. It is hereby ORDERED that a pre-trial conference shall be held in the above-captioned matter on **October 9, 2007 at 2:30 p.m.** in Courtroom No. 17C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. It is further

2. ORDERED that counsel for the parties confer preliminarily by **September 18, 2007** to discuss the following matters:

   a. Facts that are not disputed and facts that are in dispute.
   b. Contested and uncontested legal issues.
   c. The disclosures required by Fed. R. Civ. P. 26(a)(1).
   d. Anticipated amendments to the pleadings, and an appropriate deadline therefor.
   e. Settlement.
   f. Whether mediation might facilitate resolution of the case.
   g. Whether the case is to be tried to a jury.
   h. Whether each party consents to trial of the case by a magistrate judge.
   i. Anticipated discovery, including discovery of electronically stored information and procedures relevant thereto, and an appropriate deadline for the conclusion of discovery.
   j. Whether expert witness evidence will be required, and appropriate deadlines for expert witness discovery.
   k. Whether dispositive motions may be appropriate, and a deadline for such motions.
   l. Evidence to be presented at trial and the length of time expected to be required for the presentation of evidence at trial.

It is further

3. ORDERED that counsel for all parties shall confer and shall prepare, execute and filed with the Court, with one courtesy copy provided to chambers of the undersigned, no later than **October 2, 2007,** a single document captioned PRELIMINARY PRE-TRIAL

STATEMENT, which shall be signed by all counsel, which shall set forth the following information, and which shall constitute the written report required by Fed. R. Civ. P. 26(f):

    a. A concise statement of the nature of this action.
    b. A concise statement of each party's position as to the basis of this Court's jurisdiction of the action, with citations to all statutes relied upon and relevant facts as to citizenship and jurisdictional amount.
    c. A concise statement of all material uncontested or admitted facts.
    d. A concise statement of all uncontested legal issues.
    e. A concise statement of all legal issues to be decided by the Court.
    f. Each party's concise statement of material disputed facts.
    g. A concise statement by each plaintiff and each counterclaimant of the legal basis of each cause of action asserted, including citations to all statutes, Federal Rules of Civil Procedure, other rules and case law intended to be relied upon by such plaintiff or counterclaimant.
    h. Each party's concise of the legal basis of each defense asserted or expected to be asserted by such party, including citations to all statutes, Rules, and other applicable regulatory and judicial authority intended to be relied on by such party.
    i. A concise statement of the measure of proof and on whom the burden of proof falls as to each cause of action or defense.
    j. Whether and to what extent amendments to pleading and/or the addition or substitution of parties will be required, and proposed deadlines therefor.
    k. A statement as to whether all parties consent to transfer of the case to a magistrate judge for all purposes, including trial (without identifying which parties have or have not so consented).
    l. What, if any, changes should be made in timing, form or requirements for disclosures under Fed. R. Civ. P. 26(a), including a statement as to when any disclosures required under Fed. R. Civ. P. 26(a)(1) were made or will be made.
    m. The subjects on which disclosure may be needed and proposed discovery cut-off date.
    n. Whether and to what extent expert evidence will be required, and proposed deadlines for expert discovery.
    o. What, if any, changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the Local rules of court, and what other limitations should be imposed.
    p. The status of settlement discussions and the prospects for settlement of the action in whole or in part, <u>provided</u> that the Preliminary Pre-Trial Statement shall not disclose to the Court specific settlement offers or demands.
    q. A statement by each party as to whether the case is to be tried with or without a jury, and the number of trial days expected to be needed for presentation of that party's case.
    r. Any other orders that should be entered by the Court under Fed. R. Civ. P. 26© or Fed. R. Civ. P. 16(b) and (c).

IT IS SO ORDERED.

Dated: New York, New York
September 10, 2007

_____
Hon. Laura Taylor Swain
U.S.D.J.