UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EDWARD ANDREWS GROUP INC.,         :
                                                                                  07 Civ. 4607 (LTS)
                    Plaintiff,                          :

         -against-                                      :         PLAINTIFF'S MOTION
                                                                          FOR LEAVE TO AMEND
ADDRESSING SERVICES COMPANY, INC.,  :         THE COMPLAINT

                    Defendant.                       :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying affidavit of David C. Burger, sworn to on September 11, 2007, and the accompanying memorandum of law, plaintiff The Edward Andrews Group Inc. will move this Court before the Honorable Laura T. Swain, United States District Judge, at the United States Court House, 500 Pearl Street, Courtroom 17C, New York, New York 100007, at a date and time to be set by the Court, for an order pursuant to Rule 15 of the Federal Rules of Civil Procedure granting plaintiff leave to file a proposed amended complaint, and granting such other and further relief as this Court deems just and proper.

      The undersigned counsel for plaintiff hereby certifies that, in compliance with Rule 2(B) of this Court's Individual Practice Rules, counsel for the respective parties used their best efforts to resolve informally the matters raised in this motion, including telephonic communications, email messages and letters addressing their

respective legal and factual positions.

Dated: September 11, 2007

                                              ROBINSON BROG LEINWAND GREENE
                                              GENOVESE & GLUCK P.C.

                                    By: _____
                                            David C. Burger (DB-8666)
                                    1345 Avenue of the Americas
                                    New York, New York 10105
                                    (212) 603-6361
                                    **Attorneys for Plaintiff**