UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EDWARD ANDREWS GROUP INC.,           :

                                                                               07 Civ. 4607 (LTS)

                Plaintiff,           :

       -against-                                       :

ADDRESSING SERVICES COMPANY, INC.,       :

                Defendant.        :
------------------------------------------------------------X

## AFFIDAVIT OF DAVID C. BURGER

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF NEW YORK  )

        **DAVID C. BURGER**, being duly sworn, deposes and says:

        1. I am an attorney admitted to practice before this Court and am of counsel to Robinson Brog Leinwand Greene Genovese & Gluck P.C., attorneys for Plaintiff The Edward Andrews Group Inc. ("EAG") in the above-captioned action. I submit this affidavit: (a) in opposition to motion filed by defendant Addressing Services Company, Inc. ("ASCO") to dismiss EAG's claim for unjust enrichment; and (b) in support of EAG's motion for leave to amend the complaint.

        2. Attached hereto as Exhibit A is a copy of the letter that I sent to counsel for ASCO in compliance with this Court's Individual Practice Rule 2(B) in an attempt to informally resolve the issues raised by ASCO's motion to dismiss.

      3. Attached hereto as Exhibit B is a copy of a proposed amended complaint.

                                                            DAVID C. BURGER

Sworn to before me this
11th day of September 2007

_____
Notary Public

JOANNE DiMEO
Notary Public, State of New York
No. 01DI6003812, Qualified in Nassau County
Certificate Filed in New York County
Commission Expires March 9, 20__