UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE EDWARD ANDREWS GROUP, INC.,

                Plaintiff,                07 Civ. 4607 (LTS)
                                           ECF Case

   -against-

ADDRESSING SERVICES COMPANY, INC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**CERTIFICATE OF SERVICE**

       Kandra Payne hereby certifies that on September 25, 2007 I caused to be served a true and correct copy of the **Defendant's Reply Memorandum of Law in Further Support of Motion to Dismiss and in Opposition to Motion for Leave to Amend the Complaint** upon the following person listed below by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service.

    David Burger, Esq.
    Robinson Brog Leinwand Greene Genovese & Gluck P.C
    1345 Avenue of the Americas
    New York, NY 10105-0143

                                                /s/Kandra Payne
                                                Kanddra Payne