UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE EDWARDS ANDREWS GROUP, INC.,

        Plaintiff.

-v-                                  No. 07 Civ. 4607 (LTS) (AJP)

ADDRESSING SERVICES COMPANY, INC.

        Defendant.

------------------------------------------------------------x

## ORDER

        For the reasons stated on the record at the October 9, 2007, Initial Pre-Trial Conference, Defendant's motion to dismiss Plaintiff's unjust enrichment claim is granted (docket entry no. 7), and Plaintiff's motion for leave to file its proposed amended complaint is denied (docket entry no. 15). Plaintiff is granted leave to file and serve an amended complaint, consistent with its representations made on the record, by October 19, 2007.

        SO ORDERED.

Dated: New York, New York
       October 10, 2007

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge