UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

THE EDWARD ANDREWS GROUP INC.,        :

        Plaintiff,                    :   07 Civ. 4607 (LTS) (AJP)

        -against-                    :   ORDER RESCHEDULING
                                          SETTLEMENT CONFERENCE
ADDRESSING SERVICES COMPANY INC.,     :

        Defendant.                    :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        The settlement conference originally scheduled for November 8, 2007 is rescheduled to **November 7, 2007 at 10:30 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

        On or before November 1, 2007, counsel shall provide a confidential settlement memorandum to my chambers.

        SO ORDERED.

DATED:    New York, New York
            October 17, 2007

                                        Andrew J. Peck
                                   United States Magistrate Judge

Copies **by fax & ECF** to:    David C. Burger, Esq.
                                  Eric B. Fisher, Esq.
                                  Judge Laura Taylor Swain

C:\ORD\