UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE EDWARD ANDREWS GROUP, INC.,

                Plaintiff,                      07 Civ. 4607 (LTS)(AJP)

  -against-                                    ECF Case

ADDRESSING SERVICES COMPANY, INC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**CERTIFICATE OF SERVICE**

      Alice Abell, hereby certifies that on November 19, 2007, I caused the service of the Answer to Amended Complaint upon the following person listed below at the address designated by said person for that purpose by first class mail.

> David Burger, Esq.
> Robinson Brog Leinwand Greene Genovese & Gluck P.C.
> 1345 Avenue of the Americas
> New York, New York 10105-0143

Dated: November 20, 2007

                                                          /s/Alice Abell
                                                           Alice Abell