UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The Edward Andrews Group, Inc.

                      Plaintiff(s),

      - against -

Addressing Services Company, Inc.
                      Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 4607 (LTS)(AJP)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address Robinson Brog
Telephone 1345 Ave. of the Americas
NY NY 10105

Eric B. Fisher
_____
Attorney(s) for Defendant(s) Morgenstern Jacobs
Address 885 Third Ave    + Blue, LLC
Telephone NY, NY 10022
(212) 750-6716

_____
Attorney(s) for
Address
Telephone

_____
Attorney(s) for
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____  1/7/08  _____
                      U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99