UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

THE EDWARD ANDREWS GROUP INC., :

        Plaintiff, :

    -against- :

ADDRESSING SERVICES COMPANY INC., :

        Defendant. :

------------------------------------- x

07 Civ. 4607 (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for Tuesday, January 29, 2008 at 3:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:    New York, New York
            January 28, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    David C. Burger, Esq.
                                 Eric B. Fisher, Esq.