UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EDWARD ANDREWS GROUP INC.,          :
                                                                    07 Civ. 4607 (AJP)
                   Plaintiff,                      :

                -against-                          :   PLAINTIFF'S NOTICE
                                                         OF MOTION TO
ADDRESSING SERVICES COMPANY, INC.,   :   STRIKE DEFENDANT'S
                                                         JURY DEMAND
                   Defendant.                      :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying affidavit of David C. Burger, sworn to on January 31, 2008, and the accompanying memorandum of law, plaintiff The Edward Andrews Group Inc. will move this Court before the Honorable Andrew J. Peck, United States Magistrate Judge, at the United States Court House, 500 Pearl Street, Courtroom 20D, New York, New York 10007, at a date and time to be set by the Court, for an order, pursuant to Rules 7 and 38 of the Federal Rules of Civil Procedure, striking the jury demand of defendant Addressing Services Company, Inc., and granting such other and further relief in favor of plaintiff as this Court deems just and proper.

Dated: January 31, 2008

                                          ROBINSON BROG LEINWAND GREENE
                                             GENOVESE & GLUCK P.C.

                                         By: _____
                                            David C. Burger (DB-8666)
                                      1345 Avenue of the Americas
                                      New York, New York 10105
                                      (212) 603-6361
                                      **Attorneys for Plaintiff**