ROBINSON BROG LEINWAND GREENE
     GENOVESE & GLUCK P.C.
David C. Burger (DB-8666)
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6361
Attorney for Plaintiff The Edward Andrews Group Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

THE EDWARD ANDREWS GROUP INC.,                    07 Civ. 4607 (AJP)

                Plaintiff,

-against-                                         **AFFIDAVIT OF SERVICE**

ADDRESSING SERVICES COMPANY, INC.,

                Defendant.

———————————————————————x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    The undersigned being duly sworn deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides in New York, New York;

    That on the 31st day of January 2008 deponent caused to be served by hand delivery a true copy of the foregoing **PLAINTIFF'S NOTICE OF MOTION TO STRIKE DEFENDANT'S JURY DEMAND, AFFIDAVIT OF DAVID C. BURGER WITH EXHIBITS AND PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE DEFENDANT'S JURY DEMAND** on:

        Morgenstern Jacobs and Blue LLC
        885 3rd Avenue
        New York, New York 10022

                _____
                George Psathopoulos

Sworn to before me this
4th day of February 2008

_____
Notary Public

JOANNE DiMEO
Notary Public, State of New York
No. 01DI6003812, Qualified in Nassau County
Certificate Filed in New York County
Commission Expires March 9, 20/0