ROBINSON BROG LEINWAND GREENE
      GENOVESE & GLUCK P.C.
David C. Burger (DB-8666)
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6361
Attorney for Plaintiff The Edward Andrews Group Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

THE EDWARD ANDREWS GROUP INC.,            07 Civ. 4607 (AJP)

            Plaintiff,

    -against-                        **AFFIDAVIT OF SERVICE**

ADDRESSING SERVICES COMPANY, INC.,

            Defendant.

———————————————————————X

STATE OF NEW YORK    )
                      )  ss.:
COUNTY OF NEW YORK  )

The undersigned being duly sworn deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in New York, New York;

That on the 31st day of January 2008 deponent caused to be served by hand delivery a true copy of the foregoing **PLAINTIFF'S NOTICE OF MOTION TO STRIKE DEFENDANT'S JURY DEMAND, AFFIDAVIT OF DAVID C. BURGER WITH EXHIBITS AND PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE DEFENDANT'S JURY DEMAND** on:

Morgenstern Jacobs and Blue LLC
885 3rd Avenue
New York, New York 10022

George Psathopoulos

Sworn to before me this
4th day of February 2008

———————————————
Notary Public

JOANNE DiMEO
Notary Public, State of New York
No. 01DI6003812, Qualified in Nassau County
Certificate Filed in New York County
Commission Expires March 9, 20__