UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
THE EDWARD ANDREWS GROUP, INC.,

                Plaintiff,                          07 Civ. 4607 (LTS)(AJP)

    -against-                                 ECF Case

ADDRESSING SERVICES COMPANY, INC.

                Defendant.

-------------------------------------X

**CERTIFICATE OF SERVICE**

Alice Abell, hereby certifies that on February 11, 2008, I caused the service of the *Declaration of Eric B. Fisher in Opposition to Motion to Strike* and *Defendant's Memorandum of Law in Opposition to Motion to Strike Jury Demand* upon the following person by Fedex at the address designated by said person for that purpose.

    David Burger, Esq.
    Robinson Brog Leinwand Greene Genovese & Gluck P.C.
    1345 Avenue of the Americas
    New York, New York 10105

Dated: February 12, 2008

                                                     /s/Alice Abell
                                                      Alice Abell