## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NEW YORK  )

The undersigned being duly sworn deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Nassau, New York;

That on the 15th day of February 2008 I served one true copy of the foregoing **PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO STRIKE DEFENDANT'S JURY DEMAND** on:

Eric B. Fisher, Esq.
Morgenstern Jacobs and Blue LLC
885 3rd Avenue
New York, New York 10022

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
Joanne Brennan

Sworn to before me this
15th day of February 2008

_____
Notary Public

JOANNE DiMEO
Notary Public, State of New York
No. 01DI6003812, Qualified in Nassau County
Certificate Filed in New York County
Commission Expires March 9, 20 10

{00375626.DOC;1}