

**MORGENSTERN FISHER & BLUE, LLC**
ATTORNEYS AT LAW
885 THIRD AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 750-6776
FACSIMILE: (646) 349-2816

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 2/28/08

ERIC B. FISHER
ADMITTED IN NEW YORK
EFISHER@MFBNYC.COM

February 28, 2008

**Via Facsimile**

The Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

> Re: *The Edward Andrews Group, Inc. v. Addressing Services Company, Inc.*
> Case No. 07 Civ. 4607 (AJP)

Dear Judge Peck:

On behalf of counsel for both parties in the above case, we write respectfully to jointly request an adjournment of the deadline for submitting the Joint Pretrial Order ("JPTO") and motions *in limine* from March 3, 2008 until March 6, 2008. This brief adjournment is necessary to afford counsel sufficient time to collaborate on all aspects of the JPTO. This is the parties' first request to adjourn this deadline.

We thank the Court for its attention to this matter.

Respectfully,

Eric B. Fisher

cc: David Burger, Esq. (by facsimile)

MEMO ENDORSED 2/28/08

1 APPROVED

2 Counsel also should prepare multiple originals/copies [illegible] for use at trial.

SO ORDERED.

Hon. Andrew Jay Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

<u>Dated:</u>   __February 28, 2008__                    <u>Total Number of Pages:</u>   2

| TO | FAX NUMBER |
|---|---|
| David C. Burger, Esq. | 212-956-2164 |
| Eric B. Fisher, Esq. | 646-349-2816 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 2/28/08**

1.   **Approved.**

2.   **Counsel also shall propose multiple acceptable dates for the trial.**