UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
THE EDWARD ANDREWS GROUP, INC.,

               Plaintiff,                                07 Civ. 4607 (AJP)

    -against-                                 **NOTICE OF MOTION**
                                                        **IN LIMINE**

ADDRESSING SERVICES COMPANY, INC.

               Defendant.

----------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated March 6, 2008, and the Declaration of Eric B. Fisher, executed on March 6, 2008, defendant Addressing Services Company ("ASCO") will move this Court before the Honorable Andrew J. Peck, United States Magistrate Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, at a place and time to be set by the Court for an order (i) precluding plaintiff The Edward Andrews Group ("EAG") from introducing any evidence at trial concerning "add backs," including but not limited to the designated deposition testimony of David Renouf, and EAG's proposed trial exhibits 21, 22, 23, 27, 28, 29, 30, 31 and 32; (ii) precluding EAG from introducing any evidence at trial concerning services rendered by EAG to ASCO before the January 13, 2004 effective date of the Investment Banking Agreement; and (iii) granting such other relief as the Court deems proper.

      Responsive papers and reply papers, if any, should be served in accordance with Section 2(f) of Judge Peck's Individual Rules of Practice.

Dated: New York, New York
       March 6, 2008

                        MORGENSTERN FISHER & BLUE, LLC

                        By: /s/ Eric B. Fisher
                              Eric B. Fisher (EF-1209)
                              885 Third Avenue
                              New York, New York 10022
                              Telephone: (212) 750-6776
                              Direct Facsimile: (646) 349-2816
                              efisher@mfbnyc.com

                              *Attorneys for Defendant*

TO:   David C. Burger. Esq.
       Robinson Brog Leinwand Greene
       Genovese & Gluck P.C.
       1345 Avenue of the Americas
       New York, New York 10105
       (212) 603-6300
       *Attorneys for Plaintiff*