UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE EDWARD ANDREWS GROUP, INC.,

                Plaintiff,                      07 Civ. 4607 (LTS)(AJP)

   -against-                                        ECF Case

ADDRESSING SERVICES COMPANY, INC.

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CERTIFICATE OF SERVICE

Kandra Payne, hereby certifies that on March 6, 2008, I caused the service of the **Notice of Motion in Limine, Defendant's Memorandum of Law in Support of Motion in Limine, and the Declaration of Eric B. Fisher in Support of Motion in Limine** upon the following person by overnight courier at the address designated by said person for that purpose:

      David Burger, Esq.
      Robinson Brog Leinwand Greene Genovese & Gluck P.C.
      1345 Avenue of the Americas
      New York, New York 10105

Dated: March 7, 2008

                                                      /s/Kandra Payne
                                                         Kandra Payne