USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

THE EDWARD ANDREWS GROUP INC.,                :

        Plaintiff,                          :         07 Civ. 4607 (AJP)

        -against-                          :         **ORDER**

ADDRESSING SERVICES COMPANY INC.,             :

        Defendant.                          :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        Trial (jury) will begin at 9:00 a.m. on May 27, 2008, and continue (as necessary) on May 28 and 29, 2008.

        SO ORDERED.

Dated:     New York, New York
           March 11, 2008

                                          Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    David C. Burger, Esq.
                                   Eric B. Fisher, Esq.

C:\OPIN\