UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/12/08
```

------------------------------------x

THE EDWARD ANDREWS GROUP INC., :

         Plaintiff, : 07 Civ. 4607 (AJP)

         -against- : **ORDER**

ADDRESSING SERVICES COMPANY INC., :

         Defendant. :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

Plaintiff EAG is to supply the Court with a copy of the Renouf deposition designations by hand delivery to be received in chambers by close of business tomorrow, March 13, 2008.

        SO ORDERED.

Dated:     New York, New York
            March 12, 2008

                                               Andrew J. Peck
                                               United States Magistrate Judge

Copies **by fax & ECF** to:    David C. Burger, Esq.
                                    Eric B. Fisher, Esq.