UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE EDWARD ANDREWS GROUP, INC.,

                Plaintiff,                       07 Civ. 4607 (AJP)

      -against-                        **NOTICE OF CROSS-MOTION**

ADDRESSING SERVICES COMPANY, INC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated March 20, 2008, and the Declaration of Eric B. Fisher, executed on March 20, 2008, defendant Addressing Services Company ("ASCO") will move this Court before the Honorable Andrew J. Peck, United States Magistrate Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, at a place and time to be set by the Court for an order (i) granting ASCO leave to file a motion for summary judgment (ii) in the alternative, precluding EAG from contending at trial that the language of the release does not bar EAG's claims; and (iii) granting such other and further relief as the Court deems just and proper.

     Responsive papers and reply papers, if any, should be served in accordance with Section 2(f) of Judge Peck's Individual Rules of Practice.

Dated: New York, New York
      March 20, 2008

                         MORGENSTERN FISHER & BLUE, LLC

                    By: /s/ Eric B. Fisher
                         Eric B. Fisher (EF-1209)
                       885 Third Avenue
                       New York, New York 10022
                       Telephone: (212) 750-6776
                       Direct Facsimile:  (646) 349-2816
                       efisher@mfbnyc.com

                       *Attorneys for Defendant*

TO:    David C. Burger. Esq.
        Robinson Brog Leinwand Greene
        Genovese & Gluck P.C.
        1345 Avenue of the Americas
        New York, New York 10105
        (212) 603-6300
        *Attorneys for Plaintiff*