UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE EDWARD ANDREWS GROUP, INC.,

                Plaintiff,                          07 Civ. 4607 (LTS)(AJP)

   -against-                                    ECF Case

ADDRESSING SERVICES COMPANY, INC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**CERTIFICATE OF SERVICE**

      Kandra Payne, hereby certifies that on March 20, 2008, I caused the service of the (i) **Notice of Cross-Motion, (ii) Defendant's Memorandum of Law in Opposition to Motion *In Limine* and in Support of Cross-Motion, and (iii) the Declaration of Eric B. Fisher in Opposition to Motion *In Limine* and in Support of Cross Motion** upon the following person by overnight courier at the address designated by said person for that purpose:

            David Burger, Esq.
            Robinson Brog Leinwand Greene Genovese & Gluck P.C.
            1345 Avenue of the Americas
            New York, New York 10105

Dated:  March 21, 2008

                                                  /s/Kandra Payne
                                                    Kandra Payne