**MORGENSTERN FISHER & BLUESTONE LLC**
ATTORNEYS AT LAW
885 THIRD AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 750-6776
FACSIMILE: (212) 750-3128



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/25/08

**MEMO ENDORSED** 3/25/08

*[handwritten endorsement]*

SO ORDERED:
Hon. Andrew J. Peck
United States Magistrate Judge

March 24, 2008

**VIA FEDERAL EXPRESS**

The Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

*BY FAX*

Re:  *The Edward Andrews Group, Inc. v. Addressing Services Company, Inc.*
     Case No. 07 Civ. 4607 (AJP)

Dear Judge Peck:

This firm is counsel to defendant Addressing Services Company, Inc. in connection with the above-referenced action. Due to a death in the family, Mr. Fisher has requested, and plaintiff's counsel has consented, to our request that reply papers in further support of defendant's motion in limine be served on April 3, 2008. In turn, plaintiff's counsel has requested that reply papers in support of plaintiff's motion in limine also be due on April 3, 2008. We have consented to that request.

We respectfully request that the Court approve this modification of the briefing schedule.

Respectfully submitted,

Laura J. Lefkowitz

cc:  David Burger, Esq. (via email)

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: __March 25, 2008__                    Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| David C. Burger, Esq. | 212-956-2164 |
| Laura J. Lefkowitz, Esq. | 212-750-3128 |
| | |

# TRANSCRIPTION:

**MEMO ENDORSED 3/25/08**

The request is moot – the Court ruled yesterday on defendant's motion in limine. Therefore, plaintiff's reply papers on plaintiff's motion in limine remains due 3/27.