UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
THE EDWARD ANDREWS GROUP INC.,        :
                                                                  07 Civ. 4607 (AJP)
                 Plaintiff,          :

         -against-                   :

ADDRESSING SERVICES COMPANY, INC.,    :

                 Defendant.        :
------------------------------------------------------X

### REPLY AFFIDAVIT OF DAVID C. BURGER

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

       **DAVID C. BURGER**, being duly sworn, deposes and says:

       1.      I am an attorney admitted to practice before this Court and am of counsel to Robinson Brog Leinwand Greene Genovese & Gluck P.C., attorneys for Plaintiff The Edward Andrews Group Inc. ("EAG") in the above-captioned action. I submit this affidavit in support of EAG's motion in limine to bar Defendant Addressing Services Company, Inc. ("ASCO") from introducing any evidence and argument at the trial of this action in support of: (a) any purported claim that this action is barred, in part or in whole, by the proceedings, judgment and settlement of the judgment in the prior litigation captioned The Edward Andrews Group Inc. v. Addressing Services Company, Inc., 04 Civ. 6731 (S.D.N.Y.); and (b) any purported claim that any unexecuted release is a bar to any recovery by EAG under its breach of contract claim, or that any such release forms any bar to EAG's claim for unjust enrichment.

2. Attached hereto as Exhibit A is a copy of the Opinion and Order, dated November 29, 2005, of this Court in the prior action between these parties captioned: <u>The Edward Andrews Group Inc. v. Addressing Services Company, Inc.</u>, 04 Civ. 6731 (S.D.N.Y.).

_____
DAVID C. BURGER

Sworn to before me this
27th day of March 2008

_____
Notary Public

CHRISTINE S. WILLIAMS
Notary Public, State of New York
No. 01WI4757308
Qualified in Queens County
Commission Expires Oct. 31, 20_10_

2