UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/9/08

------------------------------------ x

THE EDWARD ANDREWS GROUP INC., :

        Plaintiff, :    07 Civ. 4607 (AJP)

    -against- :    <u>ORDER FOR SETTLEMENT CONFERENCE</u>

ADDRESSING SERVICES COMPANY INC., :

        Defendant. :

------------------------------------ x

### ANDREW J. PECK, United States Magistrate Judge:

A settlement conference is scheduled for Monday, May 12, 2008 at 2:30 p.m. before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

    SO ORDERED.

DATED:    New York, New York
             May 9, 2008

                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies <u>by fax & ECF</u> to:    David C. Burger, Esq.
                                  Eric B. Fisher, Esq.

C:\ORD\