```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE EDWARD ANDREWS GROUP INC.,       :

                    Plaintiff,       :        07 Civ. 4607 (AJP)

         -against-                   :        ORDER OF DISMISSAL ON CONSENT

ADDRESSING SERVICES COMPANY INC.,    :

                    Defendant.       :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/12/08

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on May 12, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction of this matter for seven months pursuant to the terms of the parties' settlement agreement. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:   New York, New York
         May 12, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   David C. Burger, Esq.
                              Eric B. Fisher, Esq.

C:\ORD\DISMISS